**STATE of Missouri, Respondent,**

v.

**Troy A. SMOCKS, Appellant.**

**No. WD 63446.**

Missouri Court of Appeals, Western District.

Nov. 2, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 21, 2004.

Application for Transfer Denied Jan. 25, 2005.

Troy A. Smocks, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Attorney General, Jefferson City, Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Troy A. Smocks appeals his convictions following a bench trial for one count of stealing and thirteen counts of forgery, for which he was sentenced as a prior and persistent offender to a total of 111 years of imprisonment. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b)